

Northern District of Florida
William M. McCool, Clerk of Court
401 Southeast First Avenue
Gainesville, Florida 32601
(352) 380-2400

May 9, 2007

**To:**
U.S. District Court
Federal Building and United States Courthouse
315 South McDuffie Street, 2nd Floor
Anderson, South Carolina 29624

**Re:** USA v. Calvin Brewington; NDFL Case No. 1:02cr42 MMP
Your Case No. Unknown

The above-styled criminal action is being transferred to your district pursuant to an order entered on 4/12/07 by Senior Judge Maurice M. Paul.

Attached are a copy of the order of transfer, indictment, judgment, docket sheet and instructions on how to obtain the electronic file (Our official file).

Please acknowledge receipt on the enclosed copy of this letter of transmittal.

WILLIAM M. McCOOL, CLERK OF COURT

s/Blair K. Patton

Deputy Clerk: Blair K. Patton

Attachments

Date of receipt of case in your district: _____

Your Case No: _____

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Tallahassee Division (850) 521-3501 • Pensacola Division (850) 435-8440 • Panama City Division (850) 769-4556